# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jesse Albert Raynor, II                       Docket No. 5:15-CR-43-1F

### Petition for Action on Conditions of Pretrial Release

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jesse Albert Raynor, II, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 4th day of May 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has reported to the probation officer that he could benefit from mental health counseling. Counsel for the defendant and government has been contacted and neither had an objection to a condition requiring mental health counseling as instructed by the probation office. The defendant signed a waiver agreeing to the proposed modification of his pretrial conditions.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified to include the following:

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street,
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: May 11, 2015

### ORDER OF THE COURT

Considered and ordered the  11th  day of ____May____, 2015, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge