PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jesse Albert Raynor, II            Docket No. 5:15-CR-43-1F

### Petition for Action on Conditions of Pretrial Release

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jesse Albert Raynor, II, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 4th day of May 2015.

On May 11, 2015, the court modified the conditions of release to include mental health counseling as directed by the probation office.

The defendant appeared before the Honorable James C. Fox, Senior U.S. District Judge, for arraignment on 29th day of June, 2015, and supervision was continued under the existing conditions.

On July 1, 2015, a violation report was submitted to the court reporting that the defendant tested positive for cocaine and marijuana use on June 23, 2015. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine sample on June 29, 2015, that tested positive for cocaine use. When confronted, the defendant admitted that he used cocaine on or about June 28, 2015. He reports his use was related to anxiety problems he was experiencing at the time. The defendant is currently enrolled in mental health counseling to address his anxiety issues. At this time, we are recommending that the conditions of release be modified to include home detention with electronic monitoring. Counsel for the defendant and government have been contacted and neither had an objection to this request.

The defendant signed a waiver agreeing to the proposed modification of his pretrial conditions.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified to include the following:

- The defendant must abide by all conditions and terms of the home detention program until further court order. The defendant must be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant must submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Jesse Albert Raynor, II
Docket No. 5:15-CR-43-1F
Petition For Action
Page 2

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt            /s/ Eddie J. Smith
Robert K. Britt               Eddie J. Smith
Senior U.S. Probation Officer     U.S. Probation Officer
310 Dick Street,
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: July 10, 2015

## ORDER OF THE COURT

Considered and ordered the 13th day of July, 2015, and ordered filed and made part of the records in the above case.

James C. Fox
Senior U.S. District Judge