IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:15-CR-43-F-1

| | |
|---|---|
| **United States of America**, | |
| v. | **Order** |
| **Jesse Albert Raynor, II**, | |
| Defendant. | |

On August 5, 2015, the Government filed a Petition for Action on Conditions of Pretrial Release seeking the revocation of the order allowing the pretrial release of Defendant Jesse Albert Raynor, II. D.E. 22. In a May 4, 2015 Order, United States Magistrate Judge James E. Gates allowed Raynor to be released from custody, subject to several conditions. D.E. 10. Among the conditions Judge Gates imposed was the condition that Raynor not use or unlawfully possess a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. *Id.* Raynor has tested positive for use of controlled substances on three occasions while on pretrial release. D.E. 22.

The Court held a hearing on the Government's Petition on August 10, 2015. During the hearing Raynor, who was represented by counsel, admitted that he violated the conditions of his pretrial release as alleged by the Government.

Based upon the foregoing, the court finds by clear and convincing evidence that Raynor has violated the conditions of release and it is unlikely that he will abide by any condition or combination of conditions of release. Therefore, it is ordered that the May 4, 2015 Order authorizing Raynor's release is revoked and he shall be detained pending the resolution of his case.

Raynor is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Raynor must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Raynor to the United States marshal for a court appearance.

Dated: August 10, 2015

Robert T. Numbers, II
United States Magistrate Judge